AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| G&G Closed Circuit Events, LLC, as Broadcast Licensee of the 9/16/17 Golovkin/Alvarez Event<br>*Plaintiff*<br>v.<br>(1) City of Donna, Texas; (2) Marissa Ozuna; and (3) Jose Ernesto Lugo<br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 7:20-cv-00274 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* City of Donna, Texas, individually, and d/b/a Donna Main Square Park, by and through its City Manager, Mayor, or anyone authorized to accept service of process on behalf of the City of Donna, Texas

at 307 S. 12th Street, Donna, Texas 78537

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    David M. Diaz, Esq.
    Law Offices of David Diaz, PLLC
    825 Watters Creek Blvd., Bldg. M, Suite 250
    Allen, Texas 75013
    (972) 996-4588 - Telephone

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: September 21, 2020

David J. Bradley, Clerk of Court

s/ Kathryn Nelson
*Signature of Clerk or Deputy Clerk*

DISTRICT: Southern   CIVIL ACTION NO: 7:20-cv-00274   DIVISION: McAllen

## AFFIDAVIT OF SERVICE

PLAINTIFF: G&G Closed Circuit Events, LLC, as Broadcast Licensee of the September 16, 2017 Gennady Golovkin v. Saul Alvarez IBF World Middleweight Championship Fight Program

VS.

DEFENDANT(S): (1) City of Donna, Texas, individually, and d/b/a Donna Main Square Park; (2) Marissa Ozuna, individually; and (3) Jose Ernesto Lugo, individually

The documents came to hand for service on: October 15, 2020. Time: 9:03 a.m.

Documents received for service:

SUMMONS IN A CIVIL ACTION; PLAINTIFF'S ORIGINAL COMPLAINT; PLAINTIFF'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS; and ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES

The documents were delivered on: October 16, 2020. Time: 2:16 p.m.

Executed at (address): 307 S. 12th St, Donna, Texas 78537

To the following defendant: City of Donna, Texas, individually and d/b/a Donna Main Square Park by and through its Deputy City Secretary Belinda Tosca

✓ PERSONALLY delivering the service documents to the person above.
___ LEAVING the service documents at the defendant's dwelling or usual place of abode with an individual named _____, a person of suitable age and discretion who resides there.
___ SUBSTITUTE SERVICE per Order by delivering the service documents to _____, a person over sixteen (16) years of age, at the above listed address which is the usual place of ___ abode ___ business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, Leticia A. Rodriguez, am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdiction, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service fee: _____
Witness Fee Tendered: _____
Mileage: _____

By: _____
Printed Name: Leticia A. Rodriguez
Texas Certification # PSC11630 Exp 8/31/2022
Company: Intense Investigations
Address: P.O. Box 3847
Edinburg, Texas 78540

### VERIFICATION

STATE OF TEXAS}
On this day Leticia A. Rodriguez appeared before me, a notary public, and being duly sworn by me stated that he has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts contained therein are true and correct. Given my hand and seal of office this 17th day of October, 2020.

JUAN M RODRIGUEZ
Notary Public, State of Texas
Notary ID # 12814233-0
My Commission Expires
March 18, 2022

NOTARY PUBLIC FOR THE STATE OF TEXAS

File # 804435